The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAULE, LLC and
100% SPEEDLAB, LLC,

                              Plaintiffs,

        v.

THE VIRAL BRAND LLC,

                              Defendant.

No. C18-00080RSM

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF
INITIAL SCHEDULING DATES

Having considered the Unopposed Motion for Extension of Initial Scheduling Dates,

IT IS HEREBY ORDERED THAT:

The deadlines be moved as follows:

ORDER
Page – 1

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 2/16/2018 | 4/17/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 2/23/2018 | 4/24/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 3/2/2018 | 5/1/2018 |

Presented by,

KOLISCH HARTWELL, P.C.

s/ Owen W. Dukelow
Owen W. Dukelow, WSBA No. 29230
520 S.W. Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: (503) 224-6655
E-mail: owen@khpatent.com
*Attorney for Plaintiffs*

Dated this 21 day of February, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE