# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAULE, LLC and<br>100% SPEEDLAB, LLC,<br><br>     Plaintiffs,<br><br> v.<br><br>THE VIRAL BRAND LLC,<br><br>     Defendant. | No. C18-00080RSM<br><br>ORDER GRANTING UNOPPOSED SECOND MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES |

Having considered the Unopposed Motion for Extension of Initial Scheduling Dates,

IT IS HEREBY ORDERED THAT:

The deadlines be moved as follows:

| **EVENT** | **CURRENT DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 4/17/2018 | 6/13/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 4/24/2018 | 6/25/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 5/1/2018 | 7/2/2018 |

Presented by,

KOLISCH HARTWELL, P.C.

s/ Owen W. Dukelow
Owen W. Dukelow, WSBA No. 29230
520 S.W. Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: (503) 224-6655
E-mail: owen@khpatent.com
*Attorney for Plaintiffs*

Dated this 18 day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE