The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAULE, LLC and<br>100% SPEEDLAB, LLC,<br><br>                Plaintiffs,<br><br>   v.<br><br>THE VIRAL BRAND LLC,<br><br>                Defendant. | No. C18-00080RSM<br><br>ORDER GRANTING JOINT THIRD MOTION FOR EXTENSION OF INITIAL DEADLINES |

Having considered the Joint Third Motion for Extension of Initial Deadlines,

IT IS HEREBY ORDERED THAT:

The deadline be moved as follows:

ORDER
Page – 1

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Responsive Pleading to be Filed | 6/12/2018 | 7/27/2018 |
| Deadline for FRCP 26(f) Conference | 6/13/2018 | 7/30/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 6/25/2018 | 8/9/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 7/2/2018 | 8/16/2018 |

Presented by,

MANN LAW GROUP,

*s/ Philip P. Mann*
Philip P. Mann, WSBA No. 28860
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
Telephone: (206) 436-0900
E-mail: phil@mannlawgroup.com

*Attorney for Defendant*
*The Viral Brand LLC*

KOLISCH HARTWELL, P.C.

*s/ Owen W. Dukelow*
Owen W. Dukelow, WSBA No. 29230
520 S.W. Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: (503) 224-6655
E-mail: owen@khpatent.com

*Attorney for Plaintiffs*
*Saul, LLC and 100% Speedlab, LLC*

Dated this 13 day of June, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE