UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| SAULE, LLC and 100% SPEEDLAB, LLC, | Cause No. 2:18-CV-00080 |
|---|---|
| Plaintiffs, | |
| v. | ORDER GRANTING JOINT FOURTH MOTION FOR EXTENSION OF INITIAL DEADLINES |
| THE VIRAL BRAND LLC, | |
| Defendant. | |

Having considered the Joint Fourth Motion for Extension of Initial Deadlines,

IT IS HEREBY ORDERED THAT the deadlines be amended as follows:

| **EVENT** | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Deadline for Responsive Pleading to be Filed | 7/27/2018 | 9/05/2018 |
| Deadline for FRCP 26(f) Conference | 7/30/2018 | 9/12/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 8/9/2018 | 9/19/2018 |

ORDER- 1

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206-436-0900

| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 8/16/2018 | 9/26/2018 |

DATED this 30th day of July, 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,

KOLISCH HARTWELL, P.C.

*s/ Owen W. Dukelow*
Owen W. Dukelow, WSBA No. 29230
520 S.W. Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: (503) 224-6655
E-mail: owen@khpatent.com

*Attorney for Plaintiffs*
*Saul, LLC and 100% Speedlab, LLC*

MANN LAW GROUP,

*s/ Philip P. Mann*

Philip P. Mann, WSBA No. 28860
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
Telephone: (206) 436-0900
E-mail: phil@mannlawgroup.com

*Attorney for Defendant*
*The Viral Brand LLC*